■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL RODRIGUEZ, Appellant. [641 NYS2d 532] —Judgment, Supreme Court, New York County (Emily Jane Goodman, J.), rendered December 7, 1992, convicting defendant, after a jury trial, of murder in the second degree and attempted murder in the second degree, and sentencing him, as a second felony offender, to consecutive terms of 20 years to life and 12 1/2 to 25 years, respectively, unanimously affirmed.

Defendant failed to preserve his present challenges to the prosecutor's summation, and we decline to review them in the

interest of justice. If we were to review, we would reject the claim that the prosecutor mischaracterized the defense, and also find that any improper suggestion of a propensity for violence was harmless in view of the overwhelming evidence of defendant's guilt. Concur—Milonas, J. P., Wallach, Kupferman, Ross and Williams, JJ.